UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROLLIE TILLERY and REGINA TILLERY,

    Plaintiff,

vs.                                         Case No.  3:05-cv-763-J-33MCR

THE DARBY-ROGERS COMPANY,

    Defendant.
_____/

## NOTICE OF TELEPHONE HEARING

**TAKE NOTICE** that a hearing on Plaintiffs Motion to Amend (Doc. 64) will be conducted by the Honorable Monte C. Richardson, United States Magistrate Judge, by **telephone** on **WEDNESDAY, AUGUST 30, 2006** at **9:30 A.M.**  The conference call will be initiated by counsel for the party filing the motion, who shall make appropriate arrangements to have counsel for the parties on the conference call prior to calling the Court's conference call number **(904) 301-6816**.

DATE:      August 28, 2006

                                              FOR THE COURT:

                                              By:  s/Melissa O. Hanson
                                                     Law Clerk

Copies to:

Counsel of Record