```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

ROLLIE TILLERY and REGINA TILLERY,

                Plaintiffs,

vs.                                       Case No.   3:05-cv-763-J-33MCR

THE DARBY-ROGERS CO., O'DELL ROGERS
and DELIA ROGERS,

                Defendants.
_____/

**ORDER**

    This cause comes before the Court pursuant to Plaintiffs' Motion to Take Judicial Notice of Facts (Doc. # 56), filed on August 7, 2006.  No response was filed by Defendants and the time for doing so has passed.

    Plaintiffs request that this Court take judicial notice of certain Census Bureau data and thematic maps pertaining to the demographic make-up of the Lake City, Florida area.  Pursuant to Federal Rule of Evidence 201, a court make take judicial notice of facts that are not subject to reasonable dispute and that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201.

    Data produced by the United States Census Bureau has been found to be an appropriate subject for judicial notice in this Circuit.  <u>United States v. Phillips</u>, 287 F.3d 1053 (11th Cir. 2002)(taking judicial notice of census data); <u>Hollis v. Davis</u>, 941 F.2d 1471, 1474 (11th Cir. 1991)(same); <u>Moore v. Comfed Savings</u>

<u>Bank</u>, 908 F.2d 834, 841 n.4 (11th Cir. 1990)(same). Therefore, the Court judicially notices the Census Bureau data and thematic maps attached to Plaintiffs' Motion and finds that the facts contained therein are not subject to reasonable dispute and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

Accordingly, it is now

**ORDERED, ADJUDGED** and **DECREED:**

Plaintiffs' Motion to Take Judicial Notice of Facts (Doc. # 56) is **GRANTED.**

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this <u>24th</u> day of November, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record